FILED
U.S. District Court
District of Kansas

01/29/2026

Clerk, U.S. District Court
By: SND Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

**JESSE JOSEPH AICH,**

    **Plaintiff,**

    v.                                                                                  **CASE NO. 25-3255-JWL**

**RENO COUNTY CORRECTIONAL
FACILITY, et al.,**

    **Defendants.**

## MEMORANDUM AND ORDER

Plaintiff filed this pro se civil rights action under 42 U.S.C. § 1983. The Court granted Plaintiff leave to proceed in forma pauperis. Plaintiff is in custody at the Reno County Correctional Facility in Hutchinson, Kansas. On December 12, 2025, the Court entered a Memorandum and Order (Doc. 7) dismissing this case for failure to state a claim. On December 22, 2025, Plaintiff filed a Notice of Appeal (Doc. 10). On January 5, 2026, Plaintiff filed a Motion for Leave to Appeal In Forma Pauperis (Doc. 13). On January 7, 2026, the Court entered an Order to Show Cause (Doc. 14) granting Plaintiff until January 26, 2026, in which to show cause why his motion for leave to appeal in forma pauperis should not be denied for failure to provide the information required by Fed. R. App. P. 24(a).

Plaintiff failed to state the issues he intends to present on appeal and failed to provide a certified copy of his trust fund account statement for the 6-month period immediately preceding the filing of his notice of appeal. *See* 28 U.S.C. § 1915(a)(2). The Court ordered Plaintiff to remedy these defects by January 26, 2026.

Plaintiff has failed to respond by the Court's deadline and has failed to show cause why his motion to proceed on appeal in forma pauperis (Doc. 13) should not be denied for failure to provide the required information as set forth in the Court's Order to Show Cause. Therefore, Plaintiff's

1

2

motion for leave to appeal in forma pauperis is denied.  Plaintiff may file a motion for leave to appeal in forma pauperis with the Tenth Circuit Court of Appeals pursuant to the procedure set forth in Rule 24(a)(5) of the Federal Rules of Appellate Procedure.

**IT IS THEREFORE ORDERED** that Plaintiff's Motion for Leave to Appeal In Forma Pauperis (Doc. 13) is **denied.**

Copies of this order shall be transmitted to Plaintiff and to the Clerk of the U.S. Court of Appeals for the Tenth Circuit.

**IT IS SO ORDERED**.

**Dated January 29, 2026, in Kansas City, Kansas.**

<u>S/  John W. Lungstrum</u>
JOHN W. LUNGSTRUM
UNITED STATES DISTRICT JUDGE